IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHOMAS T. WINSTON,

    Plaintiff,

  v.

Case No. 18-cv-953-jdp

DAN HUNEKE, LARRY FUCHS,
COREY RAHLF, TIM THOMAS,
AND MS. GOODMAN,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 4/1/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |