IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SHOMAS T. WINSTON<br>Plaintiff,<br><br>V.<br><br>DAN HUNEKE et. al.,<br>Defendants | Case No: 18-CV-953-JDP |

## NOTICE OF APPEAL

COMES NOW, SHOMAS T. WINSTON pro se, with a Notice of Appeal the final judgment entered in the United States District Court for the Western District of Wisconsin by Honorable District Judge James Peterson, entered on April 1st, 2020.

Dated this 14th day of April 2020

Respectfully,

Shomas T. Winston

Shomas T. Winston #467059, pro se
Wisconsin Secure Program Facility
P.O. Box 1000
Boscobel, WI 53805