IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| SHOMAS T. WINSTON, | |
| Plaintiff, | ORDER |
| v. | 18-cv-953-jdp |
| DAN HUNEKE, et al. | Appeal No. 20-1643 |
| Defendants. | |

---

| | |
|---|---|
| SHOMAS WINSTON, | |
| Plaintiff, | ORDER |
| v. | Case No. 20-cv-286-jdp |
| BRIAN HELD, et al. | |
| Defendants. | |

---

| | |
|---|---|
| SHOMAS WINSTON, | |
| Plaintiff, | ORDER |
| v. | Case No. 20-cv-367-jdp |
| DOCTOR FREDERICK W. KRON, et al., | |
| Defendants. | |

---

This court previously entered orders assessing plaintiff initial partial filing and appeal fees in these cases, which plaintiff has paid. Now, plaintiff has submitted a motion to suspend and/or stop the collection of the filing and appeal fees due to the COVID-19 pandemic.

Under the Prison Litigation Reform Act, an inmate who files a lawsuit or appeal in federal court under the *in forma pauperis* statute must pay the statutory filing fee, first by making an initial partial payment and then by sending the remainder of the fee to the court in

installments of 20% of the preceding month's income in accordance with 28 U.S.C. § 1915(b)(2) until the remaining balance is paid in full. The court has no discretion to modify this method or to exempt any part of plaintiff's income from withholding. Accordingly, his motion will be denied.

ORDER

IT IS ORDERED that plaintiff Shonas Winston's motion to suspend or stop the collection of the remainder of the filing and appeal fees in these cases is DENIED.

Entered this 23rd day of October, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge